

# DIAZ & MOSKOWITZ, PLLC

Attorneys at Law

**John A. Diaz, Esq.**         johnadiazlaw@gmail.com         www.dmlawny.com

Garden City Office:                                                                     New York Office:
1225 Franklin Avenue                                                                    225 Broadway
Suite 325                                                                                Suite 715
Garden City, NY 11530                                                                    NY 10007
(516) 992-3496                                                                           ) 227-8208
(516) 686-6444                                                                           ) 566-8165

> Application granted. Mr. Diaz is excused from the 12/16/2022 initial conference; and Mr. Spilke may appear in his stead on behalf of Defendant James White for purposes of this conference.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>           December 14, 2022

**VIA ECF**
The Honorable Philip M. Halpern
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

   **Re:**   *United States v. James White,* **22 Cr. 641 (PMH)**

Dear Judge Halpern:

   I represent the defendant James White on the above captioned case. An initial conference in this case has been scheduled for Friday, December 16, 2022 at 9:30 a.m. The purpose of this letter is to respectfully request that the Court permit co-defendant's attorney Ezra Spilke to stand in for me at the conference. Counsel has a previously scheduled pre-trial conference in the Eastern District of New York in the case *United States v. Karl Jordan*, 20 Cr. 305, at 9:00 a.m., before the Honorable Hall. Counsel's mentee, Cory Garcia, will also be present at the conference. Accordingly, it is respectfully requested that the Court permit Ezra Spilke to stand in for me at the conference on December 16, 2022. The Court's time and consideration of this matter are greatly appreciated.

                                                        Respectfully submitted,

                                                        /s/

                                                        John A. Diaz, Esq.

cc: All Counsel (*via ECFl*)

1