

# DIAZ & MOSKOWITZ, PLLC
Attorneys at Law

**John A. Diaz, Esq.**　　　johnadiazlaw@gmail.com　　　www.dmlawny.com

Garden City Office:　　　　　　　　　　　　　　　　　　New York Office:
1225 Franklin Avenue　　　　　　　　　　　　　　　　　　225 Broadway
Suite 325　　　　　　　　　　　　　　　　　　　　　　　　Suite 715
Garden City, NY 11530　　　　　　　　　　　　　　　　　New York, NY 10007
(516) 992-3496
(516) 686-6444

> Application granted.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> 　　　　September 20, 2023

**VIA ECF**

The Honorable Philip M. Halpern
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

　　　　　　　　　**Re:**　*United States v. James White,* **22 Cr. 641 (PMH)**

Dear Judge Halpern:

　　　I am the attorney for the defendant, James White, in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. I have also had a Mentee, Cory Garcia, and an Investigator, Kimberly Raiani, assigned to assist me in this case. It is respectfully requested that the Court grant myself, my mentee and my investigator permission to file interim vouchers on the eVoucher system by endorsing this letter motion.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　　　　　　John A. Diaz, Esq.

cc: All Counsel (*via ECF*)

1