**Law office of**
**Cory Garcia, P.C.**
245 Main Street, Suite 420, White Plains, NY 10601
Office: 914-705-3745 • Mobile: 917.270.0894 • Website: CoryGarciaLaw.com

<u>**Via ECF**</u>
Hon. Phillip M. Halpern
United States District Court Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

> Application granted.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>           January 25, 2024

*Re: United State v. James White 22 Cr. 641 (PMH)*

Dear Judge Halpern:

     John Diaz, Esq. and I represent defendant James White in the above referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act.

     On December 14, 2022, I was initially appointed to the case as a mentee in the SDNY CJA Mentoring Program. However, on January 1, 2024, I was appointed to the CJA Panel in the Southern District of New York. With this development, I respectfully request to raise my current payment rate to the full CJA rate of $172.00 per hour, nunc pro tunc, to January 1, 2024.

     The Court's time and attention to this request is greatly appreciated.

                                    Respectfully Submitted,

                                    *Cory Garcia*

                                    Cory Garcia, Esq.