UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
v.                                :     **SCHEDULING ORDER**
                                  :
JAMES WHITE,                      :     7-22-cr-00641 PMH
                                  :
            Defendant.            :
------------------------------------------------------------x

A Change of Plea Hearing is scheduled for June 20, 2024 at 11:00 a.m. in Courtroom 520 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       June 6, 2024

_____
Philip M. Halpern
United States District Judge