**Law office of**
**CG Cory Garcia, P.C.**
245 Main Street, Suite 420, White Plains, NY 10601
Office: 914-705-3745 • Mobile: 917.270.0894 • Website: CoryGarciaLaw.com

November 16, 2024

> Application denied. The Clerk of Court is respectfully requested to terminate the pending letter-motion (Doc. 218).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> November 18, 2024

<u>Via ECF</u>
Hon. Phillip M. Halpern
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. James White 22 Cr. 641 (PMH)*

Dear Judge Halpern:

  John Diaz, Esq. and I represent the defendant, James White, in the above referenced matter having been appointed pursuant to the provisions of the Criminal Justice Act (CJA). Mr. White is scheduled to be sentenced on December 19, 2024. The purpose of this letter is to respectfully request a 60-day adjournment of the sentencing.

  Counsel are waiting on letters from Mr. White's family, friends and Metropolitan Detention Center officials which will be included in his sentencing submission.

  A 60-day adjournment would provide sufficient time for counsel to receive the letters and review the sentencing submission with the defendant. This is our first request for an adjournment of the sentencing. The Government consents to this request. Accordingly, it is respectfully requested that the Court adjourn Mr. White's sentencing to the week of February 17, 2025, or a date that is convenient to the Court.

  The Court's time and attention to this matter are greatly appreciated.

Respectfully Submitted,

*Cory Garcia*
_____
Cory Garcia, Esq.