UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

v.                                                                          **ORDER**

JEREMY WILLIAMS, et al.,                                    22-CR-00641 (PMH)

                                     Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

On October 1, 2024, the Court entered a pretrial scheduling order that directed, among other things, that the parties were to meet and confer by April 18, 2025 prior to filing proposed *voir dire*, requests to charge, and a proposed verdict sheet; and that each of those submissions were to be filed as a single document, respectively, as a joint submission with any areas of disagreement identified therein. (Doc. 204 ¶ 4).

On April 18, 2025, the Government filed a letter, as well as proposed requests to charge, *voir dire*, and verdict form, without input from defense counsel. (Docs. 282-284, 286). Defendant filed his own proposed *voir dire* on April 18, 2025 and his own requests to charge on April 20, 2025. (Docs. 287, 288).

The parties are directed to meet and confer and re-file, by April 25, 2025, these pre-trial submissions as joint filings, each in a single document, with any areas of disagreement identified therein, as they were directed to do in the pretrial scheduling order.

**SO ORDERED.**

Dated: White Plains, New York
       April 21, 2025

                                                                             _____
                                                                             Philip M. Halpern
                                                                             United States District Judge